1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NICONDRO MELCHOR-ZOTO,                    No.  2:14-cv-0503 CKD P

12                 Petitioner,

13        v.                                   ORDER AND

14   UNKNOWN,                                  FINDINGS AND RECOMMENDATIONS

15                 Respondent.

16

17        A recent court order was served on petitioner's address of record and returned by the

18   postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

19   requires that a party appearing in propria persona inform the court of any address change.  More

20   than sixty-three days have passed since the court order was returned by the postal service and

21   petitioner has failed to notify the Court of a current address.

22        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to

23   this action.

24        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for

25   failure to prosecute.  See Local Rule 183(b).

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, petitioner may file written

                                               1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 13, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
melc0503.133a